BARGAINTOWN, U. S. A., INC., ET AL. *v.* WHITMAN, DISTRICT ATTORNEY OF LEBANON COUNTY, PA., ET AL.

No. 76. Decided June 19, 1961.

—— F. Supp. ——, affirmed.

*David G. Bress* and *Leonard Braman* for appellants.

*Anne X. Alpern,* Attorney General of Pennsylvania, and *Harry J. Rubin* for appellees.

PER CURIAM.

The judgment is affirmed. *McGowan* v. *Maryland,* 366 U. S. 420, and *Two Guys from Harrison-Allentown, Inc.,* v. *McGinley,* 366 U. S. 582.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

BECK *v.* MAINE.

No. 899. Decided June 19, 1961.

*A. Raymond Rogers* for appellant.

*Frank E. Hancock,* Attorney General of Maine, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.